UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL VANCASTER,

    Plaintiff,

v.                                                         Case No. 23-CV-468-SCD

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

    Michael Vancaster, a Wisconsin prisoner, filed an action under the Freedom of Information Act requesting a copy of his social security disability record. *See* ECF No. 1. The matter was reassigned to me in November 2023 after all parties consented to magistrate-judge jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). *See* ECF Nos. 8, 20, 21. On December 21, 2023, the Social Security Administration moved to dismiss the complaint for failure to allege exhaustion of administrative remedies. *See* ECF Nos. 25, 26. Vancaster concedes that he has failed to submit a proper request under the Act and asks that the action be dismissed without prejudice. *See* ECF No. 28. The Social Security Administration agrees that dismissal without prejudice is the appropriate outcome here. Accordingly, the court **GRANTS** the defendant's motion to dismiss, ECF No. 25; **DENIES as moot** the plaintiff's motion to dismiss without prejudice, ECF No. 28; and **DISMISSES** this action without prejudice.

    **SO ORDERED** this 6th day of March, 2024.

                                                                               STEPHEN C. DRIES
                                                                                United States Magistrate Judge